THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Marie J. Jackson ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.: 3:08CV182 |
| ) | |
| United Air Lines, Inc. ) | |
| and ) | |
| Trans States Airlines ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S FINAL PRE TRIAL DISCLOSURES

Now comes the Plaintiff, by counsel, and makes the following Pre Trial Disclosures to the Defendants as required by the Federal Rules of Civil Procedure and by the Scheduling Order entered by this Court.

   A. Proposed exhibits

      UAL ticket for Flight 282 from Sacramento to Chicago, and United Express Flight 8042 from Chicago to Richmond
      Correspondence from Marie Jackson to UAL 1/15/07
      Correspondence from Marie Jackson to UAL 1/31/07
      Correspondence from Marie Jackson to UAL 3/11/07
      Correspondence from UAL to Marie Jackson 10/17/07
      Photographs of Concourse B at RIC 11/13/08
      Flight Attendant Pongallo logbook
      United Express Agreement between UAL and TSA
      Trans State Airlines General Operations Manual
      Photographs of Peggy Jackson and Marie Jackson with Peggy Jackson

      X-Rays of Peggy Jackson; Bon Secours and MCV
      Medical records: Bon Secours Memorial Hospital: 1/5/07
      Medical records: VCU Health System (MCV) 1/10/07
      Medical records: Henrico Health Care Center 1/10-2/23/07
      Medical records: Sutter Tracy Community Hospital 3/19/07
      Medical records: San Joaquin General Hospital 4/6/07
      Medical records: Valley Care Hospital 2008
      Medical records: Hacienda Health Care System 7/17/08-Present
      TriCare Payment Log (9 pages), March 25, 2009
      TriCare Explanation of Benefits 1/5/07 – 2/21/09

  Med Care Summary Notices 1/5/07 – 2/21/09

 B. Proposed Witnesses

  Marie Jackson
  Peggy J. Jackson (by deposition)
  Diane Pongallo, TSA Flight Attendant (by deposition)
  Nicole Casian, TSA Co-pilot
  Johnie Freeman, Supervisor, Prime Flight Services
  Michael Patton, Sky Cap, Prime Flight Services
  Trinette Fisher, Dispatcher, Prime Flight Services
  Dr. April Obier, emergency room, Bon Secours Memorial Regional Hospital
  Dr. Jay M. Levine, Bon Secours Memorial Hospital
  Dr. Aamer A. Syed, resident physician, VCU Health Systems
  Dr. Claire Coggins, Physician, VCU Health Systems
  Dr. Amjad Mughal, physician, Henrico Health Systems
  Dr. C. U. Zachariah, physician, Tracy, CA (by deposition)
  Dr. Michael R. Alper, physician, Hacienda Care Center (by deposition)
  Dr. Ruben Ruiz, Hacienda Care Center
  Dr. Curtis Hayes, Hacienda Care Center
  Kathy Haggard, MedCare Claims Examiner, Norfolk, VA


 C. Proposed Stipulations

1. On November 30, 2006, Plaintiff's daughter, Marie Jackson, made arrangements for Plaintiff on the United Airlines website for her mother to travel from Sacramento, California to Richmond, Virginia, via Chicago, Illinois, on January 5, 2007.
2. Marie Jackson notified United Airlines when she purchased the United Airlines ticket that her mother would require wheelchair assistance in Richmond.
3. On January 3, 2007, Marie Jackson contacted United to confirm the wheelchair request, because Plaintiff's electronic ticket did not indicate that the request had been noted.
4. The United Agent with whom Marie Jackson spoke, confirmed that the wheelchair request had been made.
5. Plaintiff flew from Chicago to Richmond on United Flight 8042 for which Defendant Trans States provided the flight crew
6. Once aboard flight 8042, Plaintiff asked the flight attendant, Ms. Diane Pongallo (Pongallo), for wheel chair assistance for when she arrived in Richmond.
7. Pongallo notified the pilot that there was a wheelchair request, and she testified that the usual procedure would have been for the pilot to then notify the ground crew of the request.
8. As United Flight 8042 was deboarding in Richmond, Pongallo asked Plaintiff to move to the front of the plane to wait for the wheelchair assistance to arrive.

9. Plaintiff told Pongallo that she felt that she could make her way up the jetway, without a wheelchair, and she proceeded to do so.
10. Pongallo further testified that once Ms. Jackson walked out to the gate, she remained on the plane to clean and perform her various checks for the next flight, after which she walked up the jetway and saw Plaintiff sitting at the top of the jetway.
11. Jackson again asked Pongolla how long it would take for the wheelchair to arrive, and Pongallo replied that she did not know. She again encouraged Plaintiff to wait for the wheelchair service before trying to go to the baggage claim area on her own.
12. Pongallo thereupon left Ms. Jackson and proceeded to a near by restroom. When Pongallo exited the restroom, she noticed that Plaintiff was walking, unassisted, from the gate area to the baggage claim location.
13. Once Plaintiff had passed her, Pongallo heard some commotion behind her, turned around, and observed that Plaintiff had fallen to the floor. Pongallo went to immediately assist Plaintiff.

Respectfully submitted,

/s/ Morton H. Clark
Counsel for the Plaintiff


Terence G. Haglund (VSB No. 30944)
AVIATION LAW CENTER
Suite D
205 Bulifants BLVD
Williamsburg, Virginia 23188
Tel.: 757.229.0557
Fax: 757.220.5818
avlawusa@aol.com


Morton H. Clark
103 River's Edge
Williamsburg, VA 23185
(757) 220-9557 (PHONE)
(757) 220-9558 (FAX)
Lmclark2@cox.net

CERTIFICATE OF FILING AND SERVICE

  I hereby certify that on the 8th day of July 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:


                /s/ Morton H. Clark
                Counsel for the Plaintiff


Gretchen C. Byrd
Charles M. Sims
Attorneys for Trans States Airlines, Inc.
LeClairRyan PC
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7553 Telephone
(804) 332-1264 Facsimile
Gretchen.Byrd@leclairryan.com


Erin E. Slusser, Esq.
Dane B. Jaques, Esq.
DOMBROFF GILMORE PC
1676 International Drive, Penthouse
McLean, VA  22102
eslusser@dglitigators.com
(703) 336-8800 Telephone
(703) 336-8750 Facismile
Counsel for Defendant United Airlines, Inc.


Terence G. Haglund (VSB No. 30944)
AVIATION LAW CENTER
Suite D
205 Bulifants BLVD
Williamsburg, Virginia 23188
Tel.: 757.229.0557
Fax: 757.220.5818
avlawusa@aol.com