THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Marie Jackson, Administrator        )
of the Estate of Peggy J. Jackson)
                                    )
       Plaintiff,           )
v.                                  )        Civil Action No.: 3:08CV182
                                    )
United Air Lines, Inc.              )
    and                           )
Trans States Airlines               )
                                    )
       Defendant.           )


PLAINTIFF'S MOTION FOR ENFORCEMENT OF THE SETTLEMENT


Now comes the Plaintiff, by Counsel, and moves the Court to enter Judgment against the Defendants for the sum of $95,000.00 together with interest, attorneys' fees, and costs to enforce the agreement entered by the parties hereto on October 15, 2009 to settle the personal injury claim of Peggy J. Jackson as a result of the accident on January 5, 2007.

Attached hereto are the Affidavits of John M. Ryan and Terence G. Hagland in support of Plaintiff's Motion for Judgment.


Respectfully submitted


       /s/  Morton H. Clark

Morton H. Clark, Esq (VSB No. 04005)
103 Rivers Edge
Williamsburg, VA 23185
(757) 220-9557
lmclark2@cox.net
Co-Counsel for the Plaintiff

Terence G. Haglund, Esq. (VSB No. 30944)
205 Bulifant Blvd. Suite D
Williamsburg, VA 23188
Tel. 757-229-0557
Fax. 757-220-5818

avlawusa@aol.com

John M. Ryan
Vandeventer Black LLP
500 World Trade Center
Norfolk, Virginia 23510
Tel. 757-446-8600
Fax. 757-446-8670
jryan@vanblk.com

CERTIFICATE OF FILING AND SERVICE

     I hereby certify that on the       day of March 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

     /s/ Morton H. Clark
     Counsel for the Plaintiff

Charles M. Sims
Attorneys for Trans States Airlines, Inc.
LeClairRyan PC
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7553 Telephone
(804) 332-1264 Facsimile
charles.sims@leclairryan.com

Erin E. Slusser, Esq.
Dane B. Jaques, Esq.
DOMBROFF GILMORE PC
1676 International Drive, Penthouse
McLean, VA  22102

djaques@dglitigators.com
(703) 336-8800 Telephone
(703) 336-8750 Facismile
Counsel for Defendant United Airlines, Inc.

Terence G. Haglund (VSB No. 30944)
AVIATION LAW CENTER
Suite D
205 Bulifants BLVD
Williamsburg, Virginia 23188
Tel.: 757.229.0557
Fax: 757.220.5818
avlawusa@aol.com

John M. Ryan
Vandeventer Black LLP
500 World Trade Center
Norfolk, Virginia 23510
Tel. 757-446-8600
Fax. 757-446-8670
jryan@vanblk.com